UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-62631-KMM

LORNA BAXTER,

    Plaintiff,

v.

CREDIT ONE FINANCIAL,

    Defendant.
_____/

**JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint Stipulation for Final Order of Dismissal with Prejudice.

| | |
|---|---|
| */s/ Anthony C. Norman* <br> Anthony C. Norman, Esq. <br> Florida Bar No.: 112105 <br> anthony@lawfirmofacn.com <br> The Law Firm of Anthony C. Norman, PLLC <br> 1345 Monroe Ave. NW, Suite 242 <br> Grand Rapids, MI 49505 <br> Telephone:  (616) 265-5998 <br>  <br> *Co-Counsel for Plaintiff* | */s/ R. Frank Springfield* <br> R. Frank Springfield, Esq. <br> Florida Bar No.: 0010871 <br> fspringfield@burr.com <br> Burr & Forman LLP <br> 350 E. Las Olas Blvd., Suite 1420 <br> Fort Lauderdale, FL 33301 <br> Telephone: (954) 414-6200 <br> Facsimile:  (954) 414-6201 <br>  <br> *Counsel for Credit One Financial* |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 3, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jonathan M. Benjamin, Esq.
Benjamin Law Practice, PLLC
4581 Weston Rd, Suite 155
Weston, FL 33331
*Co-Counsel for Plaintiff*
Service by CM/ECF

            The Law Firm of Anthony C. Norman, PLLC
            Co-Counsel for Plaintiff
            1345 Monroe Ave. NW, Suite 242
            Grand Rapids, MI 49505
            Telephone: (616) 265-5998

            */s/ Anthony C. Norman*
            Anthony C. Norman, Esq.
            Florida Bar No. 112105
            anthony@lawfirmofacn.com